DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIE VAUGHNS,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D18-1306

[April 11, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-16-003407.

Melissa A. Giasi of Sivyer Barlow & Watson, P.A., Tampa, for appellant.

Maureen G. Pearcy of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***